ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Sauer Incorporated | ) ASBCA No. 62482 |
| | ) |
| Under Contract No. N69450-11-C-1266 | ) |

APPEARANCES FOR THE APPELLANT:    Lawrence M. Prosen, Esq.
                                  Benjamin L. Williams, Esq.
                                  Brian E. Doll, Esq.
                                  Wendy K. Keane, Esq.
                                  Michael Filbin, Esq.
                                  Doug Mackin, Esq.
                                    Cozen & O'Connor
                                    Washington, D.C.

APPEARANCES FOR THE GOVERNMENT:   Craig D. Jensen, Esq.
                                    Navy Chief Trial Attorney
                                  David M. Ruddy, Esq.
                                  Nicole R. Best, Esq.
                                    Trial Attorneys

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  September 28, 2023

LAURA J. ARNETT
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62482, Appeal of Sauer Incorporated, rendered in conformance with the Board's Charter.

Dated: September 29, 2023

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals